CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO. 2020-03005                                                                  DIVISION " N-8 "

TERRISITA RAGAS

VS.

MERCEDES-BENZ SUPERDOME; THE LOUISIANA STADIUM & EXPOSITION DISTRICT; AND XYZ INSURANCE COMPANY

FILED: _____                    _____
                                                                            DEPUTY CLERK

## SECOND SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Petitioner, TERRISITA RAGAS, who desires to supplement, amend and restate the Petition for Damages filed on April 8, 2020 and First Supplemental and Amending Petition for Damages filed on September 22, 2020, as follows:

I.

The Petitioner re-alleges and re-avers all of the allegations, claims and statements of facts asserted in her original Petition for Damages as if copied herein *in extenso*.

II.

Petitioner supplements and amends her original Petition for Damages, by correcting paragraph 1 to read as follows:

Made defendants herein are:

**A.)**   **THE LOUISIANA STADIUM & EXPOSITION DISTRICT ("LSED")**, upon information and belief, is a political entity and/or subdivision of the State of Louisiana, created under Louisiana law and owner of the Louisiana Superdome;

**B.)**   **SMG, also known as SMG Worldwide Entertainment and Conference**

**EXHIBIT 4**

**Venue Management ("SMG"),** a foreign corporation duly authorized and currently doing business in the Parish of Orleans, State of Louisiana; and

C.) **XYZ INSURANCE COMPANY** ("**XYZ**"), upon information and belief, is a foreign insurance company, licensed to do, and doing business in the State of Louisiana, who at all times pertinent hereto had in full force and effect a liability insurance policy covering the defendants, **LSED**, **SMG** and Superdome from the type of liability alleged herein, and who will be named after Discovery.

III.

Petitioner redacts and strikes Paragraph 4 of the Original Petition for Damages.

IV.

Petitioner supplements and amends her original Petition for Damages, by correcting paragraph 5 to read as follows:

**5.**

Petitioner, TERRISITA RAGAS, further avers that the cause of the accident mentioned herein, was the negligence, recklessness, fault and want of care and/or skill on the part of the defendant, **LSED**, either solely or collectively, in the following non-exclusive enumerated acts and omissions:

- Failing to maintain a proper protocol for repairs of mechanical equipment;
- Failing to practice proper oversight of escalators and mechanical equipment;
- Failing to see what they should have seen;
- Failing to take the necessary precautions to avoid incidents such as the one made the basis of this litigation;

- Failing to act as a reasonable and/or prudent person would under the same or similar circumstances;
- Allowing dangerous conditions to exist on its premises;
- Failing to properly oversee SMG and its management and day to day operation of the Louisiana Superdome.

All of which acts of negligence are in violation of the ordinances of the Parish of Orleans, and the Statutes of Louisiana, that are specially pleaded herein as if copied *in extenso*.

V.

Petitioner supplements and amends her original Petition for Damages, by correcting paragraph 5A to read as follows:

5A.

Petitioner, TERRISITA RAGAS, further avers that the cause of the accident mentioned herein, was the negligence, recklessness, fault and want of care and/or skill on the part of the defendant, **SMG**, either solely or collectively, in the following non-exclusive enumerated acts and omissions:

- Failing to maintain a proper protocol for repairs of mechanical equipment;
- Failing to practice proper oversight of escalators and mechanical equipment;
- Allowing dangerous conditions to exist on its premises;
- Failing to see what they should have seen;
- Failing to take the necessary precautions to avoid incidents such as the one made the basis of this litigation.
- Failing to act as a reasonable and/or prudent person would under the

same or similar circumstances.

All of which acts of negligence are in violation of the ordinances of the Parish of Orleans, and the Statutes of Louisiana, that are specially pleaded herein as if copied *in extenso*.

VI.

Petitioner supplements and amends her original Petition for Damages, by correcting paragraph 5B to read as follows:

**5B.**

Plaintiff further submits that the LOUISIANA STADIUM & EXPOSITION DISTRICT ("LSED") and SMG are liable for Plaintiff's damages to the fact that the escalator in question was unreasonably dangerous and malfunctioning and otherwise failed to conform to safety codes and/or provide safe area for patrons and guests.

VII.

The defendants are liable jointly, severally and *in solido* to the Petitioner, Terrisita Ragas, for damages set out in the Original Petition for Damages and First Supplemental and Amending Petition for Damages.

VIII.

The Petitioner renews and reiterates all of the allegations of the Original Petition for Damages and First Supplemental and Amending Petition for Damages and as amended above and herein, and all of the prayers of the original Petition and First Supplemental Petition for Damages. Plaintiff is entitled to recover from Defendants all damages arising as a result of the incident and injuries stated therein.

**WHEREFORE**, Petitioner, TERRISITA RAGAS, prays that her original Petition for Damage and First Supplemental and Amending Petition for Damages be supplemented and amended in the above particulars, and that defendants be served with a copy of this Second Supplemental and Amending Petition, and be cited to appear and answer the same, and after all due proceedings are had that there be judgment in favor of the **Petitioner, Terrisita Ragas** and against all Defendants including **THE LOUISIANA STADIUM & EXPOSITION DISTRICT, SMG, and XYZ INSURANCE COMPANY,** jointly, severally, and *in solido*, for damages as are reasonable in the premises with legal interest thereon from date of judicial demand, attorney fees and for all costs of these proceedings, and all general and equitable relief deemed proper by this Honorable Court.

        RESPECTFULLY SUBMITTED
        **LAW OFFICE OF LEWIS-CRAWFORD**

        _____
        JAHIDA L. LEWIS-CRAWFORD (#36333)
        CHARLES AYLES (#36993)
        BRANDON A. BRISCO  (#36156)
        1506 Williams Blvd.
        1ST Floor
        Kenner, LA 70062
        Telephone:   (504) 616.9559
        Facsimile:     (504) 305.4575
        Email: jahida@lewiscrawfordlaw.com
        *Attorneys for Terrisita Ragas*

**PLEASE SERVE the following with Second Supplemental and Amending Petition for Damages, Amended Petition and Original Petition for Damages:**

1. **LOUISIANA STADIUM & EXPOSITION DISTRICT**
   *through its Chairman of the Board and Chief Executive*
   Kyle France
   1500 Girod Street
   New Orleans, LA 70113

2. **SMG**
   *Through its Attorney of Record*
   Tracey J. Comeaux
   Assistant Attorney General
   Louisiana Department of Justice
   1450 Poydras Street, Suite 900
   New Orleans, LA 70112

3. **LOUISIANA STADIUM & EXPOSITION DISTRICT**
   *through the Attorney General for the State of Louisiana*
   Attorney General, Jeff Landry
   Department of Justice
   1885 North Third Street
   Baton Rouge, LA 70802

4. **LOUISIANA STADIUM & EXPOSITION DISTRICT**
   *through the Louisiana Office of Risk Management*
   Director, Melissa Harris
   1201 N. Third Street, Suite G-192
   Baton Rouge, LA 70802

5. **XYZ INSURANCE COMPANY**